UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-23548-CV-WILLIAMS

MICHAEL HELLERMAN,

    Plaintiff,

v.

SAM SLOAN, *et al.*,

    Defendants.
_____/

# ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 22) ("***Report***") on Plaintiff's Amended Motion for Default Judgment (DE 20) ("***Motion***"). In the Report, Judge Reid recommends that Plaintiff's Motion be granted.  (DE 22 at 1.) Specifically, Judge Reid finds that: (i) Plaintiff has established a claim for direct copyright infringement against Defendant Sloan; (ii) Plaintiff has established a claim for vicarious copyright infringement against Defendant Ishi Press International; and (iii) Plaintiff is entitled to $150,000 in statutory damages. (DE 22 at 4–5, 8.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Reid's Report (DE 22) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's Amended Motion for Default Judgment (DE 20) is **GRANTED**.

    3.    The Court will separately issue a final default judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>30th</u> day of April, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE